| | |
|---|---|
| 1 | ROD M. FLIEGEL, Bar No. 168289 |
| 2 | rfliegel@littler.com<br>LITTLER MENDELSON, P.C. |
| 3 | 333 Bush Street, 34th Floor<br>San Francisco, California  94104 |
| 4 | Telephone:    415.433.1940<br>Facsimile:     415.399.8490 |

Attorneys for Defendant

CHECKR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. ROBBINS,<br><br>           Plaintiff,<br><br>   v.<br><br>CHECKR, INC.,<br><br>           Defendant. | Case No. 4:19-cv-05717-JST<br><br>**DEFENDANT'S FURTHER CASE MANAGEMENT STATEMENT**<br><br>Date:       August 4, 2020<br>Time:       2:00 P.M.<br>Complaint Filed:  September 11, 2019 |

Pursuant to this Court's Order, Defendant submits this further case management conference statement.  ECF No. 24.  Nothing further has occurred in this action while the parties are awaiting this Court's ruling on Defendant's motion to compel arbitration.  ECF No. 21.

Defendant respectfully requests the Court vacate the August 4, 2020, case management conference date.

Respectfully submitted,

Dated:  July 27, 2020              */s/  Rod M. Fliegel*
                                                    Rod M. Fliegel

LITTLER MENDELSON, P.C.
Attorneys for Defendant
CHECKR, INC.

4828-0753-4789.1 091435.1044

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA  94104
415.433.1940

1.

DEFENDANT'S FURTHER CASE MANAGEMENT CONF STMT