| | |
|---|---|
| 1 | ROD M. FLIEGEL, Bar No. 168289 |
|   | rfliegel@littler.com |
| 2 | BRIDGET O'HARA, Bar No. 313945 |
|   | bohara@littler.com |
| 3 | LITTLER MENDELSON, P.C. |
|   | 333 Bush Street, 34th Floor |
| 4 | San Francisco, California  94104 |
|   | Telephone:   415.433.1940 |
| 5 | Facsimile:    415.399.8490 |
| 6 | Attorneys for Defendant |
| 7 | CHECKR, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MICHAEL J. ROBBINS, | Case No. 4:19-cv-05717-JST |
|---|---|
| Plaintiff, | **DEFENDANT'S REQUEST FOR DISMISSAL AND [PROPOSED] ORDER** |
| v. | |
| CHECKR, INC., | |
| Defendant. | |

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA  94104
415.433.1940

1.    Case No. 4:19-cv-05717-JST

REQUEST FOR DISMISSAL AND [PROPOSED] ORDER

4823-9322-3394.1

## REQUEST FOR DISMISSAL

On or about March 3, 2021, Defendant Checkr, Inc. ("Checkr") filed a Status Report re: Arbitration and Request for Dismissal, following the dismissal of Plaintiff Michael J. Robbins ("Plaintiff") claims against Checkr in arbitration. (ECF No. 27.) On or about March 9, 2021, the Court ordered Plaintiff Michael J. Robbins ("Plaintiff") to "file any response to Checkr's status report and request for dismissal by March 23, 2021." (ECF No. 29.) Plaintiff failed to file any response.

Accordingly, Checkr hereby requests that the Court dismiss this action in its entirety with prejudice.

Respectfully submitted,

Dated: March 24, 2021

/s/ Rod M. Fliegel
Rod M. Fliegel

LITTLER MENDELSON, P.C.
Attorneys for Defendant
CHECKR, INC.

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

2.                                      Case No. 4:19-cv-05717-JST
REQUEST FOR DISMISSAL AND [PROPOSED] ORDER
4823-9322-3394.1

**[PROPOSED] ORDER**

**IT IS HEREBY ORDERED THAT:**

Having reviewed Defendant Checkr, Inc.'s Request for Dismissal, and good cause appearing therefor, this entire action is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: _____March 24__, 2021

_____
The Honorable Jon S. Tigar
United States District Judge